IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARBARA JEAN DAVIS, | 3:12-CV–1877-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court **GRANTED** Defendant's Motion to Dismiss (#11) and **DISMISSED** Plaintiff's Complaint (#1). This matter, therefore, is hereby **DISMISSED** .

Dated this 13th day of June, 2013.

                                                             ANNA J. BROWN
                                                             United States District Judge

JUDGMENT OF DISMISSAL