IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARBARA JEAN DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 3:12-CV-1877-BR<br><br>JUDGMENT<br>OF DISMISSAL |

The Court **GRANTED** Defendant's Motion to Dismiss (#11) and **DISMISSED** Plaintiff's Complaint (#1). This matter, therefore, is hereby **DISMISSED** .

Dated this 13th day of June, 2013.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL